**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**


MARK R. RUSSELL,

               **Plaintiff,**

      **vs.**                                   **Civil Action 2:05-CV-432
Judge Smith
Magistrate Judge King**

JOHN DOE, *et al.*,

               **Defendants.**


<u>**ORDER**</u>

      On October 26, 2005, this case was dismissed pursuant to 28 U.S.C. §§1915(e), 1915A.  Doc. No. 4.  This matter is now before the Court on plaintiff's November 9, 2005, motion to reconsider the final judgment entered in this case.  Doc. No. 6.

      Nothing stated in plaintiff's motion persuades the Court that the dismissal of this case was erroneous.  Plaintiff's motion to reconsider, Doc. No. 6, is therefore **DENIED.**


                              <u>   s/George C. Smith   </u>
                                George C. Smith, Judge
                         United States District Court